1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
3 Assistant United States Attorney
Chief, Civil Division
4 TIMOTHY R. BOLIN, CSBN 259511
5 Special Assistant United States Attorney
6     Social Security Administration
    Office of the General Counsel
7     160 Spear St Ste 800
8     San Francisco, CA  94105
    Telephone: (415) 977-8982
9     Facsimile: (415) 744-0134
10     Email: timothy.bolin@ssa.gov
11 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MARIA HERRERA *o.b.o.* G.V., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant.[1] | No. 2:12-cv-09586-GW-OP<br><br>[PROPOSED] JUDGMENT |

---

[1] Carolyn W. Colvin became Acting Commissioner of Social Security on February 14, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), she should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ORDERS, ADJUDGES, AND DECREES that this case be remanded to the Social Security Administration for further proceedings consistent with the joint stipulation.

Date: 4/1/13

HON. OSWALD PARADA
United States Magistrate Judge